WILLIAM BROOKS, FRIEND PALMER, THOMAS PALMER, JOHN PALMER AND CONRAD TEN EYCK *versus* JAMES FULTON, JOHN S. ROBY, DAVID C. McKINSTRY, NANCY McKINSTRY AND JESSE SMITH

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Motion for notice by publication *p. 438; (2) notice ordered published *p. 452; (3) motion for decree pro confesso *p. 496; (4) referred to master *p. 506; (5) sale ordered *p. 512. *Chancery Journal:* (6) Decree *p. 65. *Journal 4:* (7) Master's report confirmed MS p. 69.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) writ of subpoena and return; (5) affidavit of non residence; (6) order for publication of notice; (7) affidavit of publication; (8) motion for decree pro confesso; (9) master's report; (10) master's report; (11) motion for confirmance of master's report; (12) affidavit of publication and printed copy of notice of sale.

*Chancery Case 35 of 1823.*